IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENDA LEE CAGLE,

       Plaintiff,                       No. 2:10-cv-02240 KJN

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.                ORDER

/

       On April 4, 2012, the parties filed a "Stipulation and Proposed Order Settling Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)" (Dkt. No. 21), but failed to lodge an appropriate electronic version of the proposed order with the court.[1] Nevertheless, IT IS HEREBY ORDERED that the parties' stipulation (Dkt. No. 21) is APPROVED on the terms stated therein.

       IT IS SO ORDERED.

DATED: April 10, 2012

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are directed to Local Rule 137(b), governing the filing of proposed orders.

1